2025R00381

AUSA:   Anthony P. Vance          Telephone:  (989) 895-5712
Special Agent:   Conall Guckin, DEA          Telephone:  (571) 362-5485

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )    Case No.  25-mc-50401-5 |
| 3316 WEST NEWARK ROAD, LAPEER, MICHIGAN | ) |
| | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Michigan _____ . *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
>
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
>
> By:  _s/Eddrey Butts_
>        Deputy

**YOU ARE COMMANDED** to execute this warrant on or before   06/27/2025   *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the presiding United States Magistrate Judge on duty   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      June 13, 2025    1:55 pm          _____
                                                                                     *Judge's signature*

City and state:     Detroit,  Michigan          Hon. David R. Grand,     U. S. Magistrate Judge
                                                                          *Printed name and title*

2025R00381

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | CASE NO. | G-DEP |
|---|---|---|
| Jeremy Wells | | |

| FROM CLAIMANT (IMPREST ONLY): | | FILE TITLE |
|---|---|---|
| NAME | LAST FOUR DIGITS OF SSN | |
| GROUP | | DATE |
| DIVISION/DISTRICT OFFICE | | CS NUMBER |
| | | CALENDAR YEAR CAP |
| | | LIFETIME CAP |

EXTENSION APPROVAL        APPROVER        Title (and printed name/date if not signed digitally)

DATE EXTENDED THROUGH:

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Firearm/SN 038644 from Gym Gun Safe east wall | Evidence |
| 1 | Firearm /SN X030394 from Master Bedroom closet | |
| 1 | Firearm /SN FF9467 from Hallway Closet at top of Stairs | |
| 1 | Firearm /SN BL04820 from Hallway Closet at top of Stairs | |
| 1 | Firearm /SN 0013-17805 from Hallway closet at top of Stairs | |

| First Level Approver | NTP | Title (and printed name/date if not signed digitally) |
|---|---|---|
| Second Level Approver, if any | | Title (and printed name/date if not signed digitally) |
| Third Level Approver, if any | | Title (and printed name/date if not signed digitally) |
| Additional Approver, if any | | Title (and printed name/date if not signed digitally) |

| RECEIVED BY (Signature) | NAME, TITLE and DATE |
|---|---|
| *[signature]* | SA Tragesser 6-12-25 |
| WITNESSED BY (Signature) | NAME, TITLE and DATE |
| *[signature]* | SA Gucklin 6-12-25 |

DOCUMENT NUMBER / FISCAL INFORMATION

FORM DEA-12 (Sept 2020)

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | CASE NO. | G-DEP |
|---|---|---|
| Jeremy Wells | | |

| FROM CLAIMANT (IMPREST ONLY): | | FILE TITLE |
|---|---|---|
| NAME | LAST FOUR DIGITS OF SSN | |
| GROUP | | DATE |
| DIVISION/DISTRICT OFFICE | | CS NUMBER |
| | | CALENDAR YEAR CAP |
| | | LIFETIME CAP |

EXTENSION APPROVAL     APPROVER     Title (and printed name/date if not signed digitally)

DATE EXTENDED THROUGH:

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Firearm /SN 409885458 from Basement Bedroom | Evidence |
| 1 | IPhone, Black from Kitchen Counter | |
| 1 | Extended Magazine, Black from Kitchen | |
| 1 | Firearm /SN ACH120700 from top of Kitchen cabnets | |
| 1 | Samsung phone, Purple from a white Lincoln | |

| First Level Approver | N/A | Title (and printed name/date if not signed digitally) |
|---|---|---|
| Second Level Approver, if any | | Title (and printed name/date if not signed digitally) |
| Third Level Approver, if any | | Title (and printed name/date if not signed digitally) |
| Additional Approver, if any | | Title (and printed name/date if not signed digitally) |

| RECEIVED BY (Signature) | NAME, TITLE and DATE |
|---|---|
| | S.A. Toyesser 6-17-25 |
| WITNESSED BY (Signature) | NAME, TITLE and DATE |
| Cornell | SA Gucklin 6-17-25 |

DOCUMENT NUMBER / FISCAL INFORMATION

FORM DEA-12 (Sept 2020)

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | CASE NO. | G-DEP |
|---|---|---|
| Jeremy Wells | | |

**FILE TITLE**

| FROM CLAIMANT (IMPREST ONLY): | LAST FOUR DIGITS OF SSN |
|---|---|
| NAME | |
| GROUP | |

**DATE**

**DIVISION/DISTRICT OFFICE**

CS NUMBER

CALENDAR YEAR CAP

LIFETIME CAP

EXTENSION APPROVAL          APPROVER          Title (and printed name/date if not signed digitally)

DATE EXTENDED THROUGH:

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Firearm / SN 71302660 from Hallway Closet at top of Stairs | Evidence |
| 1 | Firearm / SN 386243681 from Hallway closet at top of Stairs | |
| 1 | Firearm / SN NV503503 from Hallway closet at top of Stairs | |
| 1 | Firearm / SN AD 9581 from Hallway closet at top of Stairs | |
| 1 | Firearm / SN 92605 m71 from Hallway closet at top of Stairs | |

NTP

| First Level Approver | | Title (and printed name/ date if not signed digitally) |
|---|---|---|
| Second Level Approver, if any | | Title (and printed name/ date if not signed digitally) |
| Third Level Approver, if any | | Title (and printed name/ date if not signed digitally) |
| Additional Approver, if any | | Title (and printed name/ date if not signed digitally) |

| RECEIVED BY (Signature) | NAME, TITLE and DATE |
|---|---|
| *[signature]* | SA Traesser 6-17-25 |
| WITNESSED BY (Signature) | NAME, TITLE and DATE |
| *[signature]* | SA Cricklin 6-17-25 |

DOCUMENT NUMBER / FISCAL INFORMATION

FORM DEA-12 (Sept 2020)

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Jeremy Wells

| CASE NO. | G-DEP |
| --- | --- |

FROM CLAIMANT (IMPREST ONLY):

NAME      LAST FOUR DIGITS OF SSN

GROUP

DIVISION/DISTRICT OFFICE

FILE TITLE

DATE

CS NUMBER

CALENDAR YEAR CAP

LIFETIME CAP

EXTENSION APPROVAL      APPROVER      Title (and printed name/date if not signed digitally)

DATE EXTENDED THROUGH:

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
| --- | --- | --- |
| 1 | Miscellaneous Ammo Crate from Master bedroom closet | |
| 2 | Miscellaneous Ammo boxes from Storage room in basement | |
| 1 | Miscellaneous Ammo from House | |
| 1 | iphone with clear case and stickers from Basement Bedroom | |
| | NTF | |

| First Level Approver | | Title (and printed name/ date if not signed digitally) |
| --- | --- | --- |
| Second Level Approver, if any | | Title (and printed name/ date if not signed digitally) |
| Third Level Approver, if any | | Title (and printed name/ date if not signed digitally) |
| Additional Approver, if any | | Title (and printed name/ date if not signed digitally) |

RECEIVED BY (Signature)

NAME, TITLE and DATE

SA Tresser   6-17-25

WITNESSED BY (Signature)

NAME, TITLE and DATE

SA Guckin   6-17-25

DOCUMENT NUMBER / FISCAL INFORMATION

FORM DEA-12 (Sept 2020)

2025R00381

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>25-mc-50401-5 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  _____

                                                                _____
                                                                        *Executing officer's signature*

                                                                _____
                                                                        *Printed name and title*

2025R00381